UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61463-CIV-DIMITROULEAS

EDWIDG EUGENE,

      Plaintiff,

v.

MODERN CONCEPTS CONSTRUCTION, LLC,
MODERN CONCEPTS SOLAR AND
ROOFING, INC., and GOODLEAP LLC,

      Defendants.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANT GOODLEAP'S MOTION TO COMPEL ARBITRATION; STAYING CLAIMS AS TO DEFENDANT GOODLEAP

THIS CAUSE is before the Court upon Defendant GoodLeap, LLC ("GoodLeap")'s Amended Motion to Dismiss and to Compel Arbitration, filed August 15, 2023 [DE 9] and the September 22, 2023 Report and Recommendation of Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 28].   The Court notes that no objections to the Report [DE 28] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 28] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 28] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 28] is hereby **ADOPTED** and **APPROVED**;

2. Defendant GoodLeap's Motion to Dismiss and to Compel Arbitration [DE 9] is

   hereby **GRANTED IN PART AND DENIED AS PART** as follows:

   a. Plaintiff Edwidg Eugene is hereby **COMPELLED** to arbitrate his claims

      against Defendant GoodLeap.

   b. GoodLeap's request for dismissal is **DENIED**.

   c. This case is **STAYED** as to Defendant GoodLeap **ONLY** pending arbitration.

   d. This case remains open and pending as to the remaining Defendants.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 10th day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record