UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61463-CIV-DIMITROULEAS

EDWIDG EUGENE,

    Plaintiff,
v.

MODERN CONCEPTS CONSTRUCTION, LLC,
MODERN CONCEPTS SOLAR AND
ROOFING, INC., and GOODLEAP LLC,

    Defendants.
_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE [DE 55]; GRANTING DEFENDANT MODERN CONCEPT CONTRUCTIONS, LLC's AMENDED MOTION TO QUASH SERVICE OF PROCESS OR SET ASIDE DEFAULT FINAL JUDGMENT [DE 50]**

THIS CAUSE is before the Court upon Defendant Modern Concepts Construction, LLC's Amended Motion to Quash Service of Process or Set Aside Default Final Judgment [DE 50] and the March 1, 2024 Report and Recommendation to District Judge, entered by Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 55].  The Court notes that no objections to the Report [DE 55] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 55] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 55] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 55] is hereby **ADOPTED** and **APPROVED**.

2. Defendant Modern Concepts Construction, LLC's Amended Motion to Quash Service of Process or Set Aside Default Final Judgment [DE 50] is hereby **GRANTED.**

3. The final default judgment [DE 84] is hereby **SET ASIDE AS VOID** as to Defendant Modern Concepts Construction, LLC **ONLY**.

4. The Clerk's Entry of Default as to Defendant Modern Concepts Construction, LLC [DE 27] is hereby **VACATED**.

5. The Clerk is **DIRECTED** to **RE-OPEN** this case.

6. Plaintiff shall properly perfect service on Defendant Modern Concepts Construction, LLC on or before **April 1, 2024**. Failure to do so will result in immediate dismissal of this action without prejudice as to Defendant Modern Concepts Construction, LLC.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of March 2024.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

2